IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM L. FALES, JR.,

       Petitioner,

v.

STATE OF FLORIDA,
DEPARTMENT OF
CORRECTIONS, AND FLORIDA
COMMISSION ON OFFENDER
REVIEW,

       Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5895

Opinion filed October 20, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Lisa Figueroa and Carmelina Marin, Orlando, for Petitioner.

Sarah J. Rumph, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee; Jennifer Parker, General Counsel, and Barbara Debelius, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondents.

PER CURIAM.

       The petition for writ of certiorari is denied on the merits.

WOLF, WETHERELL, and MARSTILLER, JJ., CONCUR.